UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frederick Banks,
    Plaintiff
  v.
United States of America;
Office of the Attorney General,
    Defendants
Mildred Greer; Christopher Curry; Eden White; Bruce Pearson; Federal Bureau of Prisons    Defendants

**NOTICE OF APPEAL**

RECEIVED
MAY - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 5

(No Docket # was provided by the clerk)

Case: 1:08-mc-00309
Assigned To : Lamberth, Royce C.
Assign. Date : 5/15/2008
Description: miscellaneous

Plaintiff Frederick Banks ("Banks") hereby notifies the Court and parties that he appeals from the Judgment and order of the district Court (Judge Lamberth) "Leave to file is denied" which denied that the complaints be filed entered on or about 4/18/08 to the United States Court of Appeals for the DC Circuit.

On appeal Banks requests that the Appeals Court construe the Notice of Appeal as a Mandamus since the District Court did not articulate any reasons for denying Banks leave to file the above two complaints and remand to the District Court for reconsideration under 28 USC § 1651.

Respectfully Submitted,

Frederick Banks
05711-068
PO Box 5000
Yazoo City, MS 39194

PLAINTIFF

Certificate of Service

I hereby certify that on this 1st day of May, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following. Also, the order denying leave to file the complaints was received on May 1, 2008 from the Clerk.

Ms. Nancy Mayer-Whittington
Clerk, United States District Court
US Courthouse
333 Constitution Ave, NW
Washington, DC 20001

Filed under the prison mailbox rule under perjury postage prepaid. 28 USC §1746; Houston v. Lack 487 US 266 (1988).

Frederick Banks

**Leave to file DENIED**

*Royce C. Lamberth*
United States District Judge
4/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Fredrick Banks, ~~assignor~~, and on behalf )
of all others similarly situated )
Petitioner, )
)                Civil Action No.:
v. )
)                (Class action Certification )
)                Requested Pursuant to Fed. )
UNITED STATES OF AMERICA, )       R.Civ.Proc 23                )
Office of the Attorney General )
Main Justice Bldg, Respondent )
Tenth St. and Constitution Avenue )
Washington, D.C. 20530 )

PETITION FOR WRIT OF MANDAMUS TO ENFORCE QUO WARRANTO
PURSUANT TO TITLE 28 U.S.C. §1651

AND NOW COMES, the petitioner, Fredrick Banks ~~Aimees Beauti (Beauti)~~ and moves the Court to issue a Writ of Mandamus to enforce the attached Quo Warrant Judgment that was issued by a tribal Court. These claims were from a Judgment awarded to ~~assigned to Banks through contract from~~ Fredrick Banks, a federal prisonmer serving a sentence of 123 months. Banks was sentenced after two trials in two courts under the Sentencing Reform Act of 1984. Banks presented the following issues to the tribal court.

Race, sex, national origin, creed and socioeconomic status is part of Banks history and characteristics which under 18 U.S.C. §3553(a) courts must consider, however, the Sentencing Guidelines prevents consideration of these factors in violation of due process of law. The Sentencing Guidelines violate due process by depriving Judges of power to impose individualized sentences based on standardized sentencing procedure because the history and characteristics of Banks where his race (Native American and African American , Moor) sex, national origin, creed and socioeconomic status is prevented from being considered under 18 U.S.C. §3553(a) conflicts with the Guidelines provisions contained in §§ 5H1.1 through 5H1.6 and 5H1.10.

To this effect the U.S. Sentencing Guidelines violated Banks substative and procedural due process. The failure to impose sentences that reflect Banks history and characteristics violated his substantive and procedural due process also because it threatened his liberty interest and Banks was damaged when a Guidelines sentence was imposed without consideration of his history and characteristics as it related to the above cited factors, namely race, sex, national

RECEIVED
MAR 10 2008
Clerk, U.S. District and
Bankruptcy Courts

RECEIVED
MAR 31 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

creed, and socioeconomic status ect.

Equal Protection challenge: Two types of federal convicts are doing time in federal prisons. Referred to as "Old Law" inmates, a class, inmates on Parole generally serve 1/3 of their sentences before they are eligible for release on Parole ("Class A") while inmates convicted and sentenced under the Sentencing Reform Act must serve atleast 85% of their sentences before release (this number is actually closer to 88% since the B.O.P. only provides inmates with 47 days a year good time instead of 54 days)("Class B") in violation of the Equal Protection Clause under the Fifth Amendment.

On March 5, 2008, the tribal Court granted the Quo Warranto Writ and entered Judgment in favor of Banks. A copy of that Judgment is attached hereto and incorporated by reference. Petitioner seeks the following relief:

1. That the Court grant the Mandamus Petition ordering the enforcement of the Quo Warranto Writ, declaring the U.S. Sentencing Guidelines Unconstitutional and that the Sentencing Reform Act violated the Equal Protection Clause and the due process clause of the U.S. Constitution.

2. That assignee, Fredrick Banks be declared eligible for parole and be Paroled immediately.

3. That upon filing of an appropriate motion or by Order that this action be certified as a class action and Fredrick Banks be appointed as class counsel.

WHEREFORE, the petitioner respectfully demands that the Petition for Writ of Mandamus to Enforce Quo Warranto be granted.

Respectfully Submitted,

Fredrick Banks, Pro Se
P.O. BOX 5000
Yazoo City, Ms. 39194

IN THE SUPREME COURT OF THE UNITED STATES

| | |
|---|---|
| Fredrick Banks, Petitioner | ) ) ) |
| V. | ) Case No.: 08-cv-1002-JR ) ) |
| UNITED STATES OF AMERICA | ) |

<u>JUDGMENT ON PETITION FOR WRIT OF QUO WARRANTO</u>

AND NOW this 5th day of March 2008 upon consideration of the Petitioner's pleading and nay response thereto Judgment is hereby entered as follows:

1. The Petition for a Writ of Quo Warranto is GRANTED. The Sentencing Reform Act of 1984 promogated by the U.S. Congress is in conflict with The U.S. Sentencing Guidelines.

2. The U.S. Sentencing Guidelines are unconstitutional as applied to Petitioner where §§ 5H1.1 through 5H1.6 and §5H1.10 prevented and ordinarly prevented proper consideration of the history and characteristics of Petitioner when two consecutive sentences were imposed on him in the United States District Court effecting the protected liberty interest and violated the procedural and substantive due process rights of petitioner. Const Amend V.

3. The Court has inherent power over its Native American members and enjoins the Defendant from enforcing the foregoing provisions of the U.S. Sentencing Reform Act of 1984 on Petitioner.

4. The Petitioner may enforce this Judgment by filing an action in the District where he was convicted, is confined or where the seat of the United States government sits and this Court finds that each one of those venues is proper to enforce the Judgment of this Court. The Petitioner may assign these claims if he so chooses.

5. The Parole Laws conflict with the Sentencing Reform Act in that Petitioner was denied Equal Treatment and Protection of the Law by having to serve 85% of his sentence as opposed to 1/3 in violation of the Equal Protection Clause. Const. Amend V.

So Ordered.

BY: /s/ Jay Rivers
    Chief Justice

1.